IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
ex rel. Leigh Russell,       )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )         2:19cv856-MHT
                             )            (WO)
ROSA BELL, et al.,           )
                             )
     Defendants.             )

## DISMISSAL ORDER

Based on the notice of dismissal filed by the relator (Doc. 51), and the government's notice of consent to dismissal (Doc. 52) pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), it is ORDERED that:

(1) This action is dismissed without prejudice as to the relator and the United States.

(2) The seal shall be lifted upon the relator's notice of dismissal and the government's notice of consent to dismissal.

This case is closed.

DONE, this the 13th day of April, 2026.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE